UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-81424-RAR

**HMC INCORPORATED**, *et al.*,

    Plaintiffs,

v.

**COMPLETE BUSINESS SOLUTIONS GROUP, INC.**, *et al.*,

    Defendants.

_____/

## ORDER REQUIRING JOINT STATUS REPORT AS TO ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** comes before the Court upon *sua sponte* review of the record. The above-styled case was transferred to this District from the United States District Court for the Eastern District of Pennsylvania, [ECF Nos. 92, 93]. On November 14, 2024, the case was initially assigned to Judge Robin L. Rosenberg. *See* [ECF No. 94]. On November 15, 2024, the court-appointed Receiver in the related matter of *Securities & Exchange Commission v. Complete Business Solutions Group, Inc., et al.*, Case No. 20-cv-81205-RAR ("Receivership Action")—where the undersigned is the presiding judge—filed a Notice of Pending, Refiled, Related, or Similar Action ("Notice"), [ECF No. 97], informing Judge Rosenberg that the claims in this case are covered by the Claims Administration Order in the Receivership Action. *See* Receivership Action, [ECF No. 1471]. The case was then transferred to the undersigned on November 15, 2024, pursuant to Internal Operating Procedures in the Southern District of Florida. *See* [ECF No. 98]

    Given that it appears that the claims in this case are totally subsumed by the Claims Administration Order, Receivership Action, [ECF No. 1471], there appears to be good cause to

stay and administratively close this case until the Receivership Action is resolved. Accordingly, the Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that on or before **November 25, 2024**, the parties shall meet and confer and submit to the Court a joint status report indicating whether this case should be administratively closed until the Receivership Action has concluded in order to promote judicial economy and the efficient resolution of the claims administration process.

**DONE AND ORDERED** in Miami, Florida, this 18th day of November, 2024.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**