UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-81424-RAR

**HMC INCORPORATED**, *et al.*,

    Plaintiffs,

v.

**COMPLETE BUSINESS SOLUTIONS GROUP, INC.**, *et al.*,

    Defendants.

_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** comes before the Court upon the Joint Status Report ("Report"), [ECF No. 101], indicating that the Receiver in the related matter of *Securities & Exchange Commission v. Complete Business Solutions Group, Inc., et al.*, Case No. 20-cv-81205-RAR ("Receivership Action")—where the undersigned is the presiding judge—has reached a settlement in principle with HMC Incorporated and Kara DiPietro (the "HMC Parties") and other Complete Business Solutions Group, Inc. Merchants (such settlement, the "Merchant Settlement"). *Id.* ¶ 5.

The effectiveness of the Merchant Settlement will be contingent on the Court's approval of a global settlement agreement in the Receivership Action between and among the Receiver, the law firm of Eckert Seamans Cherin & Mellott LLC, and others (the "Eckert Seamans Settlement"). *Id.* The Receiver and the HMC Parties submit to the Court that "this case should be administratively closed, and that the parties should file a status report in 90 days to update the Court on the status of the Merchant Settlement, the Eckert Seamans Settlement, and whether it will be necessary for the parties to proceed with this litigation." *Id.* ¶ 7. The Court having carefully reviewed the Report, the record, and being otherwise fully advised, it is hereby

    **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a status report **90 days** from the date of this Order regarding the status of the Merchant Settlement, the Eckert Seamans Settlement, and whether it will be necessary for the parties to proceed with this litigation.

2. The Clerk shall **CLOSE** this case for administrative purposes only.

3. All deadlines are **TERMINATED**.

4. All pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 25th day of November, 2024.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**