**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-CV-81424-RAR**

**HMC INCORPORATED, et al.,**

Plaintiffs,

v.

**GEMJ CHEHEBAR GRAT, LLC, et al.,**

Defendants.
______________________________________/

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Contingent upon the Court retaining jurisdiction to enforce the terms of their Settlement Agreement, including entry of a future Order of Dismissal with Prejudice upon their Stipulation of Dismissal With Prejudice to be filed upon fulfillment of certain terms of the Settlement Agreement, all Plaintiffs and Defendants GEMJ Chehebar Grat, LLC, Joseph Chehebar and Isaac Shehebar, in *Fleetwood Services LLC, et al. v. Complete Business Solutions Group, Inc., et al.*, Case No. 24-cv-80716 (S.D. Fla.) and *B & T Supplies, Inc., et al. v. GemJ Chebhear Grat, LLC*, et al., Case No. 25-cv-23855 (S.D. Fla.), together with all Counter Claimants and Counter Defendants GEMJ Chehebar Grat, LLC, Joseph Chehebar and Isaac Shehebar, in *Complete Business Solutions Group, Inc. v. Whalen, et al.*, Case No. 25-cv-23851 (S.D. Fla.), together with all Plaintiffs and Defendants GEMJ Chehebar Grat, LLC, Joseph Chehebar and Isaac Shehebar, in this matter (which have all been consolidated before this Court in this matter (ECF No. 129)), hereby stipulate to the dismissal of this action and all actions that have been consolidated with it, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without prejudice, each party to bear their own fees and costs.

Dated: April 28, 2026.

Respectfully submitted,

**BOIES SCHILLER FLEXNER LLP**

By: *s/Marshall Dore Louis*
MARSHAL DORE LOUIS
(Florida Bar No. 512680)
100 SE Second Street, Suite 2800
Miami, FL 33131
Telephone: (305) 357-8438
Facsimile: (305) 539-1307
mlouis@bsfllp.com

*Counsel for Defendants and Counter Defendants GEMJ Chehebar Grat, LLC, Joseph Chehebar and Isaac Shehebar*

**Almeida Law Group LLC**

*s/ Matthew J. Langley*__________
Matthew J. Langley
849 W. Webster Avenue
Chicago, Illinois 60614.
(773) 554-9354
matt@almeidalawgroup.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2026, I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to counsel of record.

*/s/ Matthew J. Langley*
Matthew J. Langley