**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-CV-81424-RAR**

**HMC INCORPORATED, et al.,**

Plaintiffs,

v.

**GEMJ CHEHEBAR GRAT, LLC, et al.,**

Defendants.
_______________________________________/

**STIPULATION OF DISMISSAL WITH PREJUDICE**

On April 28, 2026, the Parties filed a Stipulation of Dismissal Without Prejudice as to the four matters consolidated before this Court under Case Number 24-CV-81424 (*see* ECF No. 129), contingent upon the Court retaining jurisdiction to enforce the terms of their Settlement Agreement, including entry of a future Order of Dismissal with Prejudice upon their Stipulation of Dismissal With Prejudice to be filed upon fulfillment of certain terms of the Settlement Agreement. ECF No. 132.

On April 30, 2026, this Court entered an Order Dismissing all four matters without prejudice. ECF No. 133. The Court retained "jurisdiction over this matter to enforce the terms of the Settlement Agreement and [indicated it] will enter an amended order dismissing the case with prejudice upon receipt of the parties' forthcoming stipulation." Id.

All Plaintiffs and Defendants in the four matters consolidated before this Court hereby stipulate to the dismissal of all four actions **with prejudice**, each party to bear their own fees and costs, and request the Court enter an Order dismissing all four matters with prejudice.

Dated: July 8, 2026. Respectfully submitted,

**BOIES SCHILLER FLEXNER LLP**

By: *s/Marshall Dore Louis*
MARSHAL DORE LOUIS
(Florida Bar No. 512680)
100 SE Second Street, Suite 2800
Miami, FL 33131
Telephone: (305) 357-8438
Facsimile: (305) 539-1307
mlouis@bsfllp.com

*Counsel for Defendants and Counter Defendants GEMJ Chehebar Grat, LLC, Joseph Chehebar and Isaac Shehebar*

By: s/ Matthew J. Langley
Matthew J. Langley
849 W. Webster Avenue
Chicago, Illinois 60614.
(773) 554-9354
matt@almeidalawgroup.com

*Counsel for Plaintiffs*