**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-CV-81424-RAR**

**HMC INCORPORATED**, *et al.*,

Plaintiffs,

v.

**GEMJ CHEHEBAR GRAT, LLC**, *et al.*,

Defendants.
_________________________________________/

**ORDER OF DISMISSAL WITH PREJUDICE**

**THIS CAUSE** comes before the Court upon the Stipulation of Dismissal With Prejudice ("Stipulation"), [ECF No. 134], filed by the parties in the four matters that have been consolidated before this Court, *see* [ECF No. 129]. On April 30, 2026, the Court entered an Order of Dismissal Without Prejudice, [ECF No. 133], which noted that "[t]he parties indicate that they will file a stipulation of dismissal with prejudice upon fulfillment of certain terms of the Settlement Agreement" and the Court "will enter an amended order dismissing the case with prejudice upon receipt of the parties' forthcoming stipulation." The Court having reviewed the Stipulation, the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED *with prejudice***, with each party to bear their own attorneys' fees and costs. The Clerk is instructed to mark this case **CLOSED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 8th day of July, 2026.

_________________________________
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**